# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLITA NEWMAN, and GEORGE NEWMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC. et al.,<br><br>    Defendants. | Case No.: 16-CV-2053-JLS (NLS)<br><br>**ORDER CONTINUING HEARING SCHEDULED FOR MARCH 22, 2018** |

    The Court has scheduled a hearing for want of prosecution pursuant to Local Rule 41.1 on March 22, 2018 at 1:30 p.m. Plaintiffs have filed a notice indicating they concur with the Court's decision to dismiss the complaint. (ECF No. 9.) However, Plaintiffs appear to misunderstand the purpose of the hearing.

    Under Local Rule 41.1, "[a]ctions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution." The Court scheduled a hearing pursuant to this rule because there has been no activity in this case since October 2016. To be clear, the dismissal would be without prejudice and would not be based on the merits of Plaintiffs' case. Plaintiffs would not be

receiving a default against Defendants, as they indicate in their notice. (*See* ECF No. 9, at 2.)

The Court **VACATES** the hearing scheduled for March 22, 2018 at 1:30 p.m. However, the Court **RESCHEDULES** the hearing for April 26, 2018 at 1:30 p.m. *If Plaintiffs want to request that their case not be dismissed for lack of prosecution, they are to file a notice with the Court.*

**IT IS SO ORDERED.**

Dated: March 19, 2018

Hon. Janis L. Sammartino
United States District Judge