# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLITA NEWMAN, and GEORGE NEWMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC. et al.,<br><br>Defendants. | Case No.: 16-CV-2053-JLS (NLS)<br><br>**ORDER DISMISSING CASE** |

The Court scheduled a hearing for want of prosecution pursuant to Local Rule 41.1 because there had been no activity in this case since October 2016. Plaintiffs filed a notice indicating they concurred with the Court's decision to dismiss the complaint because Defendant had no legal right to sell Plaintiffs' home. (ECF No. 9.) Because Plaintiffs misunderstood the purpose of the hearing, the Court continued the hearing and stated "[t]o be clear, the dismissal would be without prejudice and would not be based on the merits of Plaintiffs' case. Plaintiffs would not be receiving a default against Defendants, as they indicate in their notice." (ECF No. 10). The Court requested a response from Plaintiffs. Plaintiffs filed a response stating they "request that no hearing be held on 4/26/2018, and that the entire matter be dismissed, with zero damages to both the Defendant, and the

Plaintiffs" and "if possible" for the Court to include in its order language that Defendant has no interest in Plaintiffs' property. (ECF No. 11.)

As the Court stated previously, this dismissal is not on the merits and the Court is not making any determination on Plaintiffs' Complaint. The case is being dismissed pursuant to Local Rule 41.1 because it has "been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period." Civ. L. R. 41.1.

The Court **VACATES** the hearing set for April 26, 2018 and **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: April 9, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge