UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLITA NEWMAN, and GEORGE NEWMAN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC. et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 16-CV-2053-JLS (NLS)<br><br>**ORDER DENYING MOTION FOR ORDER**<br><br>(ECF No. 16) |

    On May 10, 2018, the Court dismissed Plaintiffs' First Amended Complaint. (ECF No. 15.) The Court found that Plaintiffs had not established that subject matter jurisdiction exists over this case nor have they proven that this Court has personal jurisdiction over Defendants. (*Id.* at 3–4.) The Court permitted Plaintiffs an opportunity to file a second amended complaint. The Court informed Plaintiffs that they were to detail the "specific laws that Plaintiffs allege Defendants violated. The Complaint must also detail why this Court has subject matter jurisdiction over this matter and personal jurisdiction over Defendants." (*Id.* at 4.)

    Plaintiffs have filed a document titled "Proposed order, that the dismissal and case closing, or 4/9/2018 be set aside, and the complaint re-opened, for the reasons set out below, and the Defendant ordered, to retract the false filings, or a foreclosure, with the

three credit agencies." (ECF No. 16.) This document cannot be construed as a second amended complaint. It does not provide any basis for jurisdiction, as the Court requested, but only details Plaintiffs' allegation that their property has not been foreclosed upon, that Defendant is aware of this lawsuit, and again generally states that Defendants have violated "both Federal and State laws[] concerning real property foreclosures." (*Id.* at 2.)

The Court again reminds Plaintiffs that they do not have an operative complaint in front of this Court. Plaintiffs must file an amended complaint. Without one, the Court will not reopen this case. The Court **DENIES** Plaintiffs' Motion. As the Court previously ordered:

Plaintiffs **SHALL** file a second amended complaint <u>on or before June 25, 2018.</u> If Plaintiffs file a second amended complaint, their case will be reopened. The Court will again screen Plaintiffs' Complaint and will direct the U.S. Marshals to serve the Complaint if it passes screening. *If Plaintiffs fail to file a second amended complaint by this date, their case will remain closed.*

**IT IS SO ORDERED.**

Dated: May 24, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge