# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLITA NEWMAN, and GEORGE NEWMAN,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC. et al.,<br><br>　　　　　　　　Defendants. | Case No.: 16-CV-2053-JLS (NLS)<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT** |

　　On June 8, 2018, with leave of Court, Plaintiffs filed a Second Amended Complaint, ("SAC," ECF No. 18). On May 11, 2018, Plaintiffs filed a separate document titled "Plaintiffs submit the following information for judicial notice and question." (ECF No. 20.) Plaintiffs submitted an exhibit and asked whether the Court would "prefer" they add the document to their current complaint or file a new complaint in state court. (*Id.* at 3.) The Court cannot provide Plaintiffs legal advice and does not address this question.

　　On June 12, 2018, Plaintiffs filed another supplemental document, titled "Plaintiffs submit the following information for the second judicial notice as an update on the 4th latest foreclosure/eviction attempt." (ECF No. 24.) Plaintiffs attached a second exhibit. Plaintiffs state they "formally request that the U.S. Bank, and its attorney, the Naiman Law Group, be added in" to this case. (*Id.* at 2.)

The Court must screen every civil action brought pursuant to 28 U.S.C. § 1915(a) and dismiss any case it finds "frivolous or malicious," or "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B). The Court declines to look at multiple filings by Plaintiffs, filed after their Complaint, in screening their Complaint. The Court therefore will allow Plaintiffs an opportunity to include all of their allegations in one document before the Court screens Plaintiffs' complaint.

The Court construes Plaintiffs' request and supplemental "information" as a motion for leave to amend their complaint. Leave to amend is freely given. Fed. R. Civ. P. 15. The Court **GRANTS** Plaintiffs leave to amend their Second Amended Complaint. Plaintiffs **MAY FILE** a third amended complaint <u>on or before July 5, 2018.</u> Plaintiffs are cautioned that should they choose to file a third amended complaint, it must be complete by itself, comply with Federal Rule of Civil Procedure 8(a), and that any claim, against any and all defendants not re-alleged will be considered waived. *See Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (en banc) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled"). Plaintiffs must specify which claims are brought against which defendants.

If Plaintiffs file a third amended complaint within the time frame set forth above, the Court will screen that complaint. If Plaintiffs fail to file a third amended complaint, the Court will screen the operative second amended complaint.

**IT IS SO ORDERED.**

Dated: June 13, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge